IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICK JAMES GONZALEZ,

    Plaintiff,

v.    No. CIV-14-1163 JB/SMV

GERMAN FRANCO, MICHELLE BOYER,
NEW MEXICO CORRECTIONS
DEPARTMENT SUPERVISORS
ADMINISTRATORS, and GARY MARCIAL,

    Defendants.

## FINAL JUDGMENT

Pursuant to rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters judgment in this matter. The Court dismissed with prejudice Plaintiff's Complaint, filed December 29, 2014 (Doc. 1), under 42 U.S.C. § 1983 in an order entered concurrently herewith. See Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition at 15, filed January 29, 2016 (Doc. 56).

**IT IS ORDERED** that judgment is entered in favor of the Defendants on all of Plaintiff Nick James Gonzalez' claims, which are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Nick James Gonzalez
Penitentiary of New Mexico
Santa Fe, New Mexico

    *Plaintiff pro se*

Nancy L. Vincent
New Mexico Corrections Department
Santa Fe, New Mexico

    *Attorney for Defendant Gary Marcial*